UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

_____
                                                            )
In re                                                       )
                                                            )
BAYVIEW HOLDINGS, LLC,              )         Case No. 09-72799
                                                            )
            Debtor.                                )
                                                            )
_____)

**MOTION TO EXTEND TIME TO FILE PLAN AND DISCLOSURE STATEMENT**

The debtor, Bayview Holdings, LLC, by counsel, moves the Court to extend the time in which to file a Chapter 11 Plan and Disclosure Statement and states the following in support thereof:

1.  On May 12, 2010, the Court entered an order continuing the status conference to August 12, 2010 and directing the debtor to file a plan by June 30.  At that time, the debtor had been told by its secured lender that the deficiency from the sale of one of the debtor's two assets would be finalized at the end of May.  That amount constitutes the debtor's largest unsecured claim.

2.  The debtor received a preliminary deficiency amount on June 21, 2010.

3.  In the meantime, the debtor's counsel prepared a Plan and Disclosure Statement and submitted it to the debtor designee for approval.  The debtor designee has requested changes which counsel for the debtor is attempting to accommodate.  The debtor believes that the plan will be prepared to be filed on July 12, 2010.

WHEREFORE, the debtor requests that the Court extend the time to file a Chapter 11 Plan and Disclosure Statement to and including July 12, 2010.

DURRETTEBRADSHAW, PLC


By _____/s/ Kevin J. Funk_____
    Counsel


Bruce E. Arkema (VSB No. 18625)
    barkema@durrettebradshaw.com
Kevin J. Funk (VSB No. 65465)
    kfunk@durrettebradshaw.com
DurretteBradshaw, PLC
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Telephone:  (804) 775-6900
Facsimile:  (804) 775-6911
    Counsel for the Debtor


## **CERTIFICATE**

I hereby certify that on June 30, 2010, a true and correct copy of the forgoing motion was served via electronic means on Margaret K. Garber, Esquire at Margaret.K.Garber@usdoj.gov.


_____/s/ Kevin J. Funk_____