UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
(Roanoke Division)

In re )
)
BAYVIEW HOLDINGS, LLC, )  Case No. 09-72799
)
Debtor. )

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE**
**PLAN AND DISCLOSURE STATEMENT**

THIS MATTER comes before the Court upon the Motion of the debtor to extend the time to file a Chapter 11 Plan and Disclosure Statement ("Motion"). IT APPEARING that the debtor filed a Plan and Disclosure Statement on July 12, 2010; IT FURTHER APPEARING that the hearing on the Disclosure Statement is set for September 14, 2010; IT FURTHER APPEARING that the relief requested is proper, it is

ORDERED ADJUDGED AND DECREED THAT:

1. The Motion is hereby granted;

2. In light of the hearing currently scheduled for September 14, the Court will not set a status conference at this time.

ENTER: August 23, 2010

_____
UNITED STATES BANKRUPTCY JUDGE

I ask for this:


_____/s/ Kevin J. Funk_____
Kevin J. Funk (VSB No. 65465)
    (804) 343-4387
    kfunk@durrettebradshaw.com
Bruce E. Arkema (VSB No. 18625)
    (804) 343-4370
    barkema@durrettebradshaw.com
DurretteBradshaw, PLC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Telecopier: (804) 225-8706
    Counsel for Bayview Holdings, LLC


Seen and agreed:


_____/s/ Margaret K. Garber_____
Margaret K. Garber, Trial Attorney
Office of the United States Trustee
210 First Street, SW, Suite 505
Roanoke, VA 24011
(540) 857-2806
Margaret.K.Garber@usdoj.gov


## **CERTIFICATION**

I hereby certify that the foregoing proposed Order has been endorsed by all necessary parties.


   /s/ Kevin J. Funk