# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

**In re:**

**BAYVIEW HOLDINGS, LLC,**                        Chapter 11
                                                  Case No. 09-72799

**Debtor.**

## STATEMENT OF THE UNITED STATES TRUSTEE
## REGARDING DEBTOR'S AMENDED PLAN OF REORGANIZATION

W. Clarkson McDow, Jr., United States Trustee, by and through his undersigned counsel, hereby submits this Statement of the United States Trustee Regarding Debtor's Disclosure Statement and Pan of Reorganization.

The United States Trustee has reviewed the Debtors' Disclosure Statement and the Plan of Reorganization and has no objection.

Dated: 7 September 2010                 Respectfully submitted,

Office of the U.S. Trustee              W. CLARKSON MCDOW, JR.
First Campbell Square                   United States Trustee
210 First Street, Suite 505              for Region Four
Roanoke, Virginia 24011
540.857.2806

                                        By  */s/ Margaret K. Garber*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this objection was filed into the CM/ECF system which caused same to be served upon all parties entitled to receive notice of same on this the 7th day of September, 2010.

*/s/ Margaret K. Garber*