# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Roanoke Division

In re:   BAYVIEW HOLDINGS, LLC,                                    Case No. 09-72799
        Debtor-in-Possession                                            Chapter 11

## JOINDER OF BRANCH BANKING AND TRUST COMPANY TO
## OBJECTION OF BANK OF FLOYD TO DEBTOR'S DISCLOSURE STATEMENT

        Branch Banking and Trust Company ("BB&T") a creditor of Bayview Holdings, LLC (the "Debtor"), by counsel, respectfully submits joins the Objection of Bank of Floyd to Debtor's Disclosure Statement (the "Disclosure Statement"), and in support thereof respectfully represents:

### BACKGROUND

1.     On November 2, 2009 (the "Filing Date"), the Debtor filed a petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").  Pursuant to Sections 1107 and 1108 of the Bankruptcy Code, the Debtors have retained possession of their assets and are authorized as debtors in possession to continue the operation and management of their business.

2.     No Official Committee of Unsecured Creditors has been appointed by the Office of United States Trustee.

3.     BB&T is the holder of an unsecured claim in the amount of $3,963,843.78.

Jonathan L. Hauser, Esq.
Virginia State Bar No. 18688
Troutman Sanders LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
(757) 687-7768
(757) 687-1505 - Fax
*Counsel for Branch Banking and Trust Company*

4. It is obvious from the Objection of the Bank of Floyd that there is substantial inaccurate information contained in the Disclosure Statement. BB&T was unaware of these inaccuracies until Bank of Floyd brought them to the attention of the Court.

5. Rather than approve or amend the disclosure statement at hearing thereon, BB&T respectfully requests leave to depose the Debtor's representative regarding the many issues raised in the Objection of the Bank of Floyd and therefore requests that this Court adjourn the hearing until the true facts are determined.

**DATED** at Virginia Beach, Virginia, this 11th day of January, 2011.

                                      **BRANCH BANKING AND TRUST COMPANY**

                                      By:  */s/ Jonathan L. Hauser*
                                              Of Counsel

Jonathan L. Hauser, Esq.
Virginia State Bar No. 18688
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA  23462
(757) 687-7768
(757) 687-1505 - Fax

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent either electronically or by first class mail, postage prepaid, this 11th day of January, 2011, to all necessary parties including:

Bayview Holdings, LLC
70 Homeplace Circle
Monetta, VA  24121

Bruce E. Arkema, Esq.

-3-

Kevin J. Funk, Esq.
DuretteBradshaw, PLC
1111 E. Main Street, 16th Floor
Richmond, VA  23219

Office of the U.S. Trustee
210 First Street, Suite 505
Roanoke, VA  24011

                                          */s/ Jonathan L. Hauser*

409854v2