**UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **BAYVIEW HOLDINGS, LLC,** | ) | **Case No. 09-72799** |
| | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

### O R D E R

At Roanoke in said District this 18th day of January, 2011:

An Order was entered on November 30, 2010, setting the Debtor's Amended Chapter 11 Plan for a confirmation hearing on January 19, 2011.  The Court wishes to continue the matter indefinitely pending further Order of this Court.  Accordingly, it is

### ORDERED

That the Debtor's Amended Chapter 11 Plan is hereby **CONTINUED** indefinitely pending further order of this Court.

Copies of this Order are directed to be sent to the counsel for the Debtor, Kevin J. Funk, Esquire and to the United States Trustee, Margaret K. Garber, Esquire.

_____
Ross W. Krumm
U. S. Bankruptcy Judge